ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KISHORE KUMAR REDDY DUDDEKUNTA,<br><br>                Plaintiff,<br><br>   v.<br><br>ALEJANDRO MAYORKAS, Secretary U.S. Department of Homeland Security,<br><br>                Defendant. | C 3:23-cv-01026 SK<br><br>**CONSENT TO MAGISTRATE JURISDICTION** |

      In accordance with the provisions of 28 U.S.C. § 636(c), Defendant hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: April 17, 2023                             Respectfully submitted,

                                                      ISMAIL J. RAMSEY
                                                      United States Attorney

                                                       */s/ Elizabeth D. Kurlan*
                                                      ELIZABETH D. KURLAN
                                                      Assistant United States Attorney
                                                      Attorneys for Defendant

Stip to Stay Proceedings
C 3:23-CV-01026 SK