1    ISMAIL J. RAMSEY (CABN 189820)
     United States Attorney
2    MICHELLE LO (NYRN 4325163)
     Chief, Civil Division
3    ELIZABETH KURLAN (CABN 255869)
     Assistant United States Attorney
4
         450 Golden Gate Avenue, Box 36055
5        San Francisco, California 94102-3495
         Telephone: (415) 436-7298
6        FAX: (415) 436-6748
         Elizabeth.Kurlan@usdoj.gov
7
     Attorneys for Defendant
8
                      UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12   KISHORE KUMAR REDDY
     DUDDEKUNTA,                          C 3:23-cv-01026 SK
13
                      Plaintiff,
14                                        **STIPULATION TO STAY PROCEEDINGS;**
           v.                             **[PROPOSED] ORDER**
15
     ALEJANDRO MAYORKAS, Secretary U.S.
16   Department of Homeland Security,
17                    Defendant.
18

19        Plaintiff, appearing *pro se*, and Defendant, by and through his attorneys, hereby stipulate and

20   respectfully request the Court to stay proceedings in this case for a limited time, until September 8,

21   2023. The parties make this joint request because they are pursuing an administrative resolution that

22   may render further litigation of this case unnecessary.

23        Plaintiff filed this mandamus action seeking adjudication of his Form I-829, Application for

24   Removal of Conditions.  The Immigrant Investor Program Office will work diligently towards

25   completing adjudication of the I-829 application, absent unforeseen or exceptional circumstances that

26   would require additional time for adjudication.

27        Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

28
     Stip to Stay Proceedings
     C 3:23-CV-01026 SK                        1

September 8, 2023, at which time the parties will file a joint status report with the Court.  At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.  In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: April 17, 2023                              Respectfully submitted,

                                                   ISMAIL J. RAMSEY
                                                   United States Attorney


                                                    */s/ Elizabeth D. Kurlan*
                                                   ELIZABETH D. KURLAN
                                                   Assistant United States Attorney
                                                   Attorneys for Defendant


Dated: April 13, 2023

                                                    */s/ Kishore Kumar Reddy Duddekunta*
                                                   KISHORE KUMAR REDDY DUDDEKUNTA
                                                   *Pro Se*

                              **[PROPOSED] ORDER**

        Pursuant to stipulation, IT IS SO ORDERED.


Date:

                                                   _____
                                                   SALLIE KIM
                                                   United States Magistrate Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that on this day she caused a copy of the following document(s):

**Stipulation to Stay Proceedings; [Proposed] Order**

to be served by FIRST CLASS MAIL and email upon the party(ies) at the address(es) stated below, which is/are the last known address(es):

Kishore Kumar Reddy Duddekunta
2065 Oak Street #306
San Francisco, CA 94117

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  April 17, 2023

TIFFANI CHIU
Paralegal Specialist